# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JULIUS MCBRIDE,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BLUE DOOR REAL ESTATE GROUP GA LLC; and NICOLE ROGERS,<br><br>　　　　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-CV-00647-ODE |

## DEFAULT JUDGMENT

　　The defendant, BLUE DOOR REAL ESTATE GROUP GA LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Honorable Orinda D. Evans, United States District Judge, by order of May 23, 2018, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

　　ORDERED AND ADJUDGED, that the plaintiff, JULIUS MCBRIDE, recover from defendant, BLUE DOOR REAL ESTATE GROUP GA LLC, the total amount of $9,781.34.

　　Dated at Atlanta, Georgia this 24th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　By:　s/ Stephanie Pittman
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
May 24, 2018
James N. Hatten
Clerk of Court


By: s/ Stephanie Pittman
　　　Deputy Clerk